```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SHAEL CRUZ, On behalf of herself and all others                        :
similarly situated,                                                    :
                                                                       :
                                Plaintiff,                             :    22 Civ. 2692 (JPC)
                                                                       :
                -v-                                                    :    ORDER
                                                                       :
BIOELEMENTS, INC.,                                                     :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff served the Complaint on April 11, 2022, making a response due May 2, 2022. The Court twice granted extension requests to respond to the Complaint because the parties were engaging in settlement discussions. *See* Dkts. 7, 9. The Court's most recent order extended the time to answer the Complaint until June 17, 2022. *See* Dkt. 9. Yet Defendant has still not responded to the Complaint. By August 1, 2022, the parties shall file a joint status letter. That letter must explain the current status of settlement negotiations and why Defendant has still not responded to the Complaint.

SO ORDERED.

Dated: July 28, 2022
New York, New York

JOHN P. CRONAN
United States District Judge